**DENY; and Opinion Filed July 21, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00853-CV

## IN RE TSM DEVELOPMENT, LLC AND KUN W. YU, Relators

**Original Proceeding from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-11710**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Evans, and Stoddart
Opinion by Justice Lang-Miers

Before the Court is relators' July 20, 2017 petition for writ of mandamus in which they complain of a May 19, 2017 order granting real party in interest's motion to compel a post judgment deposition duces tecum. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

170853F.P05